MARK W. HENDRICKSEN, WSBA #15,542
WELLS ST. JOHN, P.S.
601 W. Main Avenue, Suite 600
Spokane, WA 99201-0613
Tel: (509) 624-4276
Fax: (509) 838-3424
mhendricksen@wellsstjohn.com

Attorney for Plaintiff
No-Li Brewhouse LLC

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NO-LI BREWHOUSE, LLC, a Washington limited liability corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN BEVERAGE CRAFTS, LLC, a Delaware limited liability company, dba RED HOOK, INC dba REDHOOK ALE BREWERY dba REDHOOK BREWERY,<br><br>Defendant. | Case No.: 24-cv-00137<br><br>MOTION TO DISMISS |

The parties, No-Li Brewhouse, LLC, a Washington limited liability company (No-Li"), and American Beverage Crafts, LLC, a Delaware limited liability company, dba Red Hook, Inc., dba Redhook Ale Brewery, dba Redhook Brewery, by and through their attorneys, have mutually

Motion to Dismiss - 1

settled the above matter prior to formal service.  No-Li Brewhouse, LLC therefore moves the court for an Order dismissing this matter with prejudice.

DATED this 18th day of September 2024.

    s/Mark W. Hendricksen/
MARK W. HENDRICKSEN, WSBA #15,542
WELLS ST. JOHN, P.S.
601 W. Main Avenue, Suite 600
Spokane, WA 99201-0613
TEL:  (509) 624-4276
FAX:  (509) 838-3424
E-Mail:  mhendricksen@wellsstjohn.com

Attorney for Plaintiff

Motion to Dismiss - 2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of September 2024, I caused a true and correct copy of the foregoing to be served on the parties to this action or their counsel at the email address stated below:

Allen Yee
General Counsel & Corporate Secretary
American Beverage Crafts Group
email: Allen.Yee@tilray.com

                                                          s/Mark W. Hendricksen/

Motion to Dismiss - 3