FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NO-LI BREWHOUSE, LLC, a Washington limited liability corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>AMERICAN BEVERAGE CRAFTS, LLC, a Delaware limited liability company, dba RED HOOK, INC dba REDHOOK ALE BREWERY dba REDHOOK BREWERY,<br><br>                Defendant. | NO: 2:24-CV-0137-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss. ECF No. 4. The motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1). The Court has reviewed the record and files herein and is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss, ECF No. 4, is GRANTED.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. This action, which Defendant has not appeared nor answered the Complaint, is **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 23, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2